UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
MONTGOMERY DIVISION

RECEIVED
2017 DEC 11  P 1:56
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

UBS FINANCIAL SERVICES, INC.,
Plaintiff,

v.

SAMUEL ADAMS REEVES,
Defendant.

Case No. 2:17-cv-

Hon.

## PLAINTIFF UBS FINANCIAL SERVICES, INC.'S
## PETITION TO CONFIRM ARBITRATION AWARD

Plaintiff UBS Financial Services, Inc. ("UBS"), pursuant to Section 9 of the Federal Arbitration Act, 9 U.S.C. §9, respectfully petitions this Court for the entry of an Order confirming the arbitration award entered in favor of UBS and against Defendant Samuel Adam Reeves ("Defendant"):

1. UBS is a Delaware corporation with its principal place of business in the State of New Jersey. UBS is a securities broker-dealer and a member firm of the Financial Industry Regulatory Authority ("FINRA").

2. Defendant is an individual who, upon information and belief, resides at 522 Saint Francis Rd., Eufaula, Alabama 36027-9525, within this district.

3. Jurisdiction and venue are proper in this Court because there is complete diversity of citizenship among the parties, the amount in controversy exceeds $75,000, and Defendant resides in this district. Notice of this petition will be served on Defendant.

4. Defendant was formerly employed as a financial advisor by UBS.

5. During his employment with UBS, Defendant received four loans from UBS totaling $960,279.00, and Defendant executed a separate promissory note and companion

transition agreement in connection with each of the four loans.

6. Defendant voluntarily resigned from UBS on April 20, 2015.

7. As a consequence of his resignation, the four promissory notes made payable to UBS by Defendant became immediately due and payable by their terms.

8. As of April 20, 2015, the aggregate outstanding principal balance due from Defendant to UBS on all four promissory notes was $346,370.27.

9. In connection with his resignation, UBS and Defendant entered into a Confidential Agreement and General Release which established a three-year payment plan requiring Defendant to make specific payments against the principal balance due on the promissory notes to UBS. **Exhibit 1.**

10. Defendant defaulted under the Confidential Agreement and General Release and failed to make any payments to UBS.

11. The Confidential Agreement and General Release contains an Arbitration Agreement requiring that claims be resolved by final and binding arbitration conducted under the auspices and rules of the Financial Industry Regulatory Authority ("FINRA"). **Exhibit 1, ¶26.**

12. The Arbitration Agreement does not specify the court to enter a judgment upon the award made pursuant to the arbitration, but rather states that "UBS ... reserves the right to enforce the terms and conditions of this Arbitration Agreement in any appropriate forum." **Exhibit 1, ¶26(c).**

13. On or around July 8, 2016, UBS filed an arbitration proceeding against Defendant under the auspices and rules of FINRA, captioned <u>UBS Financial Services Inc. v. Samuel Adams Reeves</u>, FINRA Case No. 16-01981.

14. On or around October 3, 2016, Defendant filed an Answer to UBS' Statement of

Claim, together with a "FINRA ARBITRATION Submission Agreement" which states that "The parties further agree that a judgment and any interest due thereon, may be entered upon such award(s) and, for these purposes, the parties hereby voluntarily consent to submit to the jurisdiction of any court of competent jurisdiction which may properly enter such judgment." **Exhibit 2, ¶4.**

15. On or around December 14, 2016, one Arbitrator was appointed by FINRA. **Exhibit 3.**

16. On August 20, 2017, the Arbitrator issued an Award (the "Award") against Defendant and in favor of UBS in the amount of $364,670.27. **Exhibit 4.**

17. A copy of the Award was served on UBS and Defendant on August 21, 2017.

18. Defendant has failed to make any payment to UBS pursuant to the Award.

WHEREFORE, Petitioner UBS Financial Services Inc. respectfully requests that, pursuant to Section 9 of the Federal Arbitration Act, 9 U.S.C. §9, the Court:

A. Enter an Order granting UBS's Petition for Confirmation of Arbitration Award, confirming the Award issued in the arbitration proceeding captioned <u>UBS Financial Services Inc. v. Samuel Adams Reeves</u>, FINRA Case No. 16-01981;

B. Direct that judgment be entered in favor of UBS Financial Services Inc. and against Defendant Samuel Adams Reeves consistent with the Award;

C. Grant UBS its costs and disbursements incurred in seeking confirmation of the Award; and

D. Grant UBS such additional or other relief as may be just and equitable.

Dated: December 5, 2017

Respectfully Submitted,

By: _____

One of the Attorneys for UBS Financial Services, Inc.

HOWARD & HOWARD ATTORNEYS PLLC
Alex G. Cavanaugh (*pro hac vice pending*)
450 West Fourth St.
Royal Oak, Michigan 48067
P 248.645.1483 | F 248.645.1568
ac@h2law.com