United States District Court
For the
Middle District of Alabama

RECEIVED
2018 JAN 23 P 2: 27

DEBRA P. HACKETT, CLK

UBS Financial Services
    Plantiff
       v.
Samuel Adams Reeves
    Defendant

Civil Action No. 2:17-CV00832-SRW

Samuel Adams Reeves
522 Saint Francis Road
Eufaula, AL 36027-9525
404-386-2977

To: Debra P. Hackett, Clerk of Court
     Alex G. Cavanaugh

I do not have an attorney representing me on this case and I would like all filings to be sent to my above address and/or email.

Thank you so much

Kind Regards,
Adam Reeves

*[signature: Adam Reeves]*

Date 1/19/18