UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
MONTGOMERY DIVISION

UBS FINANCIAL SERVICES, INC.,
    Plaintiff,

v.

Case No.    2:17-cv-00832-SRW
Hon.    Susan Russ Walker

SAMUEL ADAMS REEVES,
    Defendant.

---

### REQUEST FOR CLERK'S ENTRY OF DEFAULT AND JUDGMENT

To:    Clerk of the Court

Pursuant to Rule 55 of the Federal Rules of Civil Procedure, it is requested that the Clerk of Court:

(1) enter a default against Defendant Samuel Adams Reeves for failure to plead or otherwise defend, and

(2) enter a judgment by default against Defendant Samuel Adams Reeves.

Please review the Affidavit of Sum Certain.

### AFFIDAVIT

In support of the Request for Clerk's Entry of Default and Judgment, I hereby declare under penalty of perjury that the following statements are true and correct:

1. Defendant Samuel Adams Reeves has filed a "notice" with the Court stating that he does not have an attorney representing him and that he would like all filings mailed to 522 Saint Francis Road, Eufaula, Alabama 36027-9525 [Doc. #11], however Mr. Reeves has failed to plead or otherwise defend this action in accordance with Fed. R. Civ. P. 55(a).

2. Defendant Samuel Adams Reeves is subject to default judgment.

3. Defendant Samuel Adams Reeves is not an infant, incompetent person or currently in the military service.

4. Plaintiff UBS Financial Services, Inc. is entitled to a judgment in the amount of $364,670.27.

Dated: February 16, 2018

Respectfully Submitted,

By: ___/s/ Alex G. Cavanaugh_____
One of the Attorneys for UBS Financial Services, Inc.

HOWARD & HOWARD ATTORNEYS PLLC
Alex G. Cavanaugh
450 West Fourth St.
Royal Oak, Michigan 48067
P 248.645.1483 | F 248.645.1568
ac@h2law.com
Admitted *pro hac vice*

# CERTIFICATE OF SERVICE

I hereby certify that on this date a copy of the foregoing was served on Defendant Samuel Adams Reeves via first class U.S. mail at the following address:

Samuel Adams Reeves
522 Saint Francis Road
Eufaula, AL 36027-9525

Dated: February 16, 2018    By: ___/s/ Alex G. Cavanaugh_____
Alex G. Cavanaugh
One of the Attorneys for UBS Financial Services, Inc.