IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| UBS FINANCIAL SERVICES, INC., | ) ) ) | |
| Plaintiff, | ) ) | CIVIL ACTION NO. |
| v. | ) ) ) | 2:17cv832-MHT (WO) |
| SAMUEL ADAMS REEVES, | ) ) | |
| Defendant. | ) | |

## DEFAULT JUDGMENT

In accordance with the memorandum opinion entered today, it is ORDERED that:

(1) The motion for default judgment (doc. no. 14) is granted.

(2) Judgment is entered in favor of plaintiff UBS Financial Services, Inc., and against Samuel Adams Reeves in the amount of $ 364,670.27.

(3) All other pending motions are moot.

It is further ORDERED that costs are taxed against defendant, for which execution may issue.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 3rd day of July, 2018.

    /s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**